IN THE UNITED STATES DISTRICT COURT
EASTER DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SHERRON LANGEL**                                                                                              **PLAINTIFF**

v.                          Case No. 4:17-cv-00496 KGB

**ARKANSAS FOUNDATION FOR
MEDICAL CARE,** *et al.*                                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date it is considered, ordered, and adjudged that judgment is entered in favor of defendants Arkansas Foundation for Medical Care and Tonisa Bourn on plaintiff Sherron Langel's discrimination and retaliation claims (Dkt. No. 20-1, ¶¶ 19-33). The Court dismisses those claims with prejudice; the relief requested is denied.

The Court declines to exercise supplemental jurisdiction over Ms. Langel's state law claims for assault and battery and negligent supervision, and the Court dismisses those claims without prejudice (*Id.*, ¶¶ 34-46). The relief requested is denied.

So adjudged this 2nd day of September, 2021.

_____
Kristine G. Baker
United States District Judge